HAFFNER LAW PC
Joshua H. Haffner, SBN 188652
jhh@haffnerlawyers.com
445 South Figueroa Street, Suite 2625
Los Angeles, California 90071
Tel: +213.514.5681
Fax: +213.514.5682

Attorney for Plaintiff
Carrie Collins

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARRIE COLLINS, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AUROBINDO PHARMA USA, INC.; AUROBINDO LTD.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2019-CV-16387<br><br>**NOTICE TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE PERSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

Plaintiff CARRIE COLLINS ("Plaintiff") filed this Class Action Complaint on March 11, 2019, in the Superior Court of California, County of San Diego. Plaintiff served Defendants AUROBINDO PHARMA USA, INC. and AUROBINDO LTD ("Defendants") (Plaintiff and Defendants collectively referred to as the "Parties") on March 15, 2019. This action was later removed to U.S. District court, Southern District of California and after that, to U.S. District court, District of New Jersey and was consolidated in MDL No. 2875. Defendants have not filed a responsive pleading yet.

Plaintiff, by and through her counsel of record, hereby submits the following Notice to Dismiss Entire Action Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Specifically:

1.    All claims asserted by Plaintiff against Defendants in this action shall be, and are hereby, dismissed *without prejudice*.

This notice shall have the effect of dismissing this action in its entirety, including, but not limited to, dismissing all class claims asserted in the Complaint without prejudice.

Dated:  August 24, 2022                          HAFFNER LAW PC


By    */s/ Joshua H. Haffner*
Joshua Haffner
Attorney for Plaintiff
Carrie Collins

NOTICE TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE PERSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(i)